IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00462-BNB

FREDDY LEE SLACK,

    Applicant,

v.

WARDEN SUSAN JONES, and
JOHN W. SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 2 0 2009

GREGORY C. LANGHAM
                      CLERK

---

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Applicant's Motion requesting a copy of all of his transcripts for his state criminal case in Boulder County, Colorado, filed with the Court on April 17, 2009, is DENIED as premature.

Dated: April 20, 2009

---

Copies of this Minute Order mailed on April 20, 2009, to the following:

Freddy L. Slack
Prisoner No. 124715
Colorado State Penitentiary
P.O. Box 777
Cañon City, CO 81215-0777

John J. Fuerst III
Senior Assistant Attorney General
**DELIVERED ELECTRONICALLY**

                                        Secretary/Deputy Clerk