IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00462-BNB

FREDDY LEE SLACK,

    Applicant,

v.

WARDEN SUSAN JONES, and
JOHN W. SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 28 2009

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Applicant's second Motion requesting a copy of all of his transcripts for his state criminal case in Boulder County, Colorado, filed with the Court on April 27, 2009, is DENIED. Applicant has available to him copies of all documents that Respondents have relied on in their Pre-Answer Response and is able to use these documents in preparing his Reply.

Dated: April 28, 2009

Copies of this Minute Order mailed on April 28, 2009, to the following:

Freddy Lee Slack
Prisoner No. 124715
Colorado State Penitentiary
P.O. Box 777
Cañon City, CO 81215-0777

John J. Fuerst
Assistant Attorney General
**DELIVERED ELECTRONICALLY**

                                      Secretary/Deputy Clerk