IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00462-BNB

FREDDY LEE SLACK,

    Applicant,

v.

WARDEN SUSAN JAMES, and
JOHN W. SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 0 9 2009

GREGORY C. LANGHAM
                    CLERK

## ORDER OF DISMISSAL

Applicant Freddy Lee Slack is a prisoner in the custody of the Colorado Department of Corrections and currently is incarcerated at the Colorado State Penitentiary in Cañon City, Colorado. Mr. Slack initiated this action by filing a *pro se* Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 challenging the validity of his conviction in the Boulder County District Court in Case No. 03CR897. In an order entered on June 3, 2009, Magistrate Judge Boyd N. Boland directed Mr. Slack to show cause why the Application should not be denied as a mixed petition for failure to exhaust state court remedies in all claims. On June 29, 2009, Mr. Slack filed a Response to the Order to Show Cause.

The Court must construe liberally Mr. Slack's Response because he is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act

as an advocate for a ***pro se*** litigant. ***See Hall***, 935 F.2d at 1110. For the reasons stated below, the Court will denied the Application as a mixed petition.

Upon review of the June 29, 2009, Response, the Court finds the pleadings for the most part are unintelligible. On Page One of the Response, Mr. Slack attempts to address why the Court should review the merits of his unexhausted claims, but the assertions are rambling, disjointed, and do not necessarily address with any specificity why the Application should not be denied.

The Court, to the extent it is able to decipher Mr. Slack's assertions on Page One, finds that Mr. Slack appears to assert that his direct appeal covered about ninety-five percent of his exhausted claims and "all [his] Pre-Answer Unexhausted Claim Motion with document Attachments." Mr. Slack further asserts on Page One that "Judge Black calls for only dismissal of unexhausted claims of a mix [sic] Habeas Petition," and that "unexhausted claim dose [sic] not mandate dismissal of a Habeas Petition both exhausted and unexhausted claims." He also appears to assert in a conclusory and vague manner that, even if the claims he raises in the instant action are barred, this Court should review the claims on the merits. Throughout the remaining nineteen pages of the Response, Mr. Slack appears to argue the merits of his claims. Mr. Slack further asserts on Page Ten of the Response that he does not desire to file a Colo. R. Crim. P. 35(c) postconviction motion to exhaust his ineffective assistance of counsel claim, because "[t]otal Exhaustion Rule is a trap for the indigent pro se prisoner."

Upon review of the conclusory and vague statements that may be construed as a argument by Mr. Slack for the reason why the Application should not be denied as a

2

mixed petition, the Court finds that Mr. Slack fails to assert proper legal authority for allowing both exhausted and unexhausted claims to proceed in this Court on a review of the merits. Therefore, because Mr. Slack does not desire to return to the state court to exhaust his ineffective assistance of counsel claim and seeks to proceed with both exhausted and unexhausted claims in this action, the Application will be denied as a mixed petition. Accordingly, it is

ORDERED that the Application is denied and the action is dismissed without prejudice as a mixed petition.

DATED at Denver, Colorado, this 8 day of July, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00462-BNB

Freddy L. Slack
Prisoner No. 124715
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215- 0777

John J. Fuerst
Assistant Attorney General
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 7/9/09

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk