**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-00462-CMA-MEH

FREDDY LEE SLACK,

    Applicant,

v.

WARDEN SUSAN JONES, and
JOHN W. SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

---

**ORDER DENYING CERTIFICATE OF APPEALABILITY**

---

**Arguello, Judge**

    Applicant has filed a notice of appeal from this court's final order denying his Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 dismissing the action. The Court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because Applicant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

    ORDERED that a certificate of appealability will not be issued.

    DATED at Denver, Colorado this   11th   day of August, 2009.

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Judge