IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-cv-00462-CMA-MEH

FREDDY LEE SLACK,

    Applicant,

v.

WARDEN SUSAN JONES, and
JOHN W. SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

---

**ORDER DENYING MOTION TO RECONSIDER DENIAL OF REQUEST TO PROCEED**
*IN FORMA PAUPERIS*

---

    This matter is before the Court on Applicant's Motion to Judge Christine M. Arguello (Doc. #72).  The Court assumes this filing was in response to the Court's October 9, 2009 Minute Order to Show Cause (Doc. #71), directing Applicant to let the Court know whether he wished to proceed on his Motion to Appeals [sic] Case 09-1312 and Not Request to Reinstate my Case 09-cv-00462-ZLW (Doc. # 43) and Plaintiff's Motion Against Stop My Reinstate of Case 09-cv-00462-CMA-MEH but to Pursue Notice of Appeals Case 09-cv-01312 Immeidately [sic] (Doc. #49) (hereinafter, the "Pre-Appeals Motions").  Though the submission is quite unintelligible, the Court construes it to be a Motion to Reconsider the Court's Previous Denial of Applicant's Request to Proceed *In Forma Pauperis* (Doc. # 55) and, therefore, non-responsive to the Court's October 9 Minute Order to Show Cause.

The Court denies as moot Applicant's Motion to Reconsider...Applicant's Request to Proceed *In Forma Pauperis*. Applicant's Request was made in conjunction with his Notice of Appeal (Doc. #33). However, the Tenth Circuit has since dismissed his appeal (Doc. #69). Accordingly, Applicant's Request in his Response (Doc. #72) is **DENIED**.

Applicant has failed to properly respond to the Court's October 9 Minute Order to Show Cause, which Response was due on October 13, 2009. Applicant is hereby **ORDERED** to inform the Court whether he wishes to withdraw his Pre-Appeals Motions (Doc. #43 and 49) by no later than **October 28, 2009**. If Applicant fails to properly respond to the Order to Show Cause by this deadline, the Court will adopt the August 31, 2009 Report and Recommendations of Magistrate Judge Michael E. Hegarty and will grant Applicant's Pre-Appeals Motions, which will result in the dismissal of his complaint, without prejudice.

DATED: October 20, 2009.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge