IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00462-CMA-MEH

FREDDY LEE SLACK,

      Petitioner,

v.

SUSAN JONES, Warden, and
JOHN W. SUTHERS, Attorney General of the State of Colorado,

      Respondents.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 25, 2011.**

      Before the Court is Petitioner's Motion to Request to Reply to U.S. District Court Case 09-cv-00462-BNB Habeas Corpus to Enter Two Claims [filed January 24, 2011; docket #79]. The motion is vague and Petitioner's request for relief is difficult to comprehend. However, to the extent the motion may be construed as a motion to clarify whether the case is closed, the motion is **granted**. This case was closed with a judgment in favor of Respondents entered on December 16, 2009. To the extent the motion may be construed as a request for advice as to how to proceed in this case, the motion is **denied**. The Court may not provide legal advice to any party in a case.