IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00462-CMA-MEH

FREDDY LEE SLACK,

   Petitioner,

v.

SUSAN JONES, Warden, and
JOHN W. SUTHERS, Attorney General of the State of Colorado,

   Respondents.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 10, 2011.**

Petitioner's Motion to Request Exibit [sic] Attachment Legal Document to Aid Habeas Corpus Without Prejudice Order [filed June 9, 2011; docket #85]. The motion is vague and Petitioner's request for relief is difficult to comprehend. It appears that the Petitioner seeks to obtain copies of documents filed with the Court, but he fails to identify which documents he seeks; thus, the motion is **denied without prejudice**.

The Court reminds the Petitioner that it is not obligated to provide him with copies of documents he had, or should have, in his possession. In addition, any and all documents filed with the Court in this case appear on the public docket, so may be referred to therein.