IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00462-CMA-MEH

FREDDY LEE SLACK,

    Petitioner,

v.

SUSAN JONES, Warden, and
JOHN W. SUTHERS, Attorney General of the State of Colorado,

    Respondents.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 6, 2012.**

    Before the Court is Petitioner's "Motion Attachment Evidence of Corruption Conditions of Confinement [filed November 1, 2012; docket #93]. The motion is vague and there appears to be no request for relief. Rather, Petitioner seems simply to complain about not being moved from 23-hour lockdown at the Colorado State Penitentiary to a less restrictive facility. However, as the Petitioner has been informed several times in the past, this case has been closed since December 16, 2009.[1] Thus, the motion is **denied without prejudice**. To the extent that the Petitioner seeks to file a new action, he must do so in accordance with federal and local rules.

---

[1] This Court has clarified and confirmed the status of this case for the Petitioner on two occasions last year: January 25, 2011 (docket #81) and February 23, 2011 (docket #84).